UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

ALMEER K. NANCE )
)
*Petitioner*, )
)
v. ) No. 3:09-cv-378
) *Phillips*
)
STEPHEN DOTSON, Warden )
)
*Respondent*. )

## **O R D E R**

In accordance with the accompanying Memorandum, the respondent's motion to dismiss is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** as to petitioner's claims of ineffective assistance of counsel. The motion is **DENIED** with respect to petitioner's claim that the trial court erred in failing to suppress his statement. The respondent is **ORDERED** to respond to that claim on the merits within thirty (30) days of the date of this Order. The respondent is further **ORDERED** to expand the record in this case to include the transcript of the hearing on the motion to suppress, exhibits introduced at the hearing, the trial court's written order denying the motion to suppress, and any other documents which are relevant to the issue.

**ENTER:**

                                                  s/ Thomas W. Phillips
                                            United States District Judge