UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| ALMEER K. NANCE | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | No. 3:09-cv-378 |
| | ) | *Phillips* |
| | ) | |
| STEPHEN DOTSON, Warden | ) | |
| | ) | |
| *Respondent*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED WITH PREJUDICE**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. The court **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**ENTER:**

    s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT